914 A.2d 829

IN THE MATTER OF DREW K. KAPUR, AN ATTORNEY AT LAW (ATTORNEY NO. 003831982).

January 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–242, concluding that **DREW K. KAPUR** of **HAMILTON**, who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 8.4(b)(criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **DREW K. KAPUR** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.